344 A.2d 476

**Bobby B. THOMAS and Beulah Grace Thomas,
his wife, Appellants,**

v.

**Donald R. GLISAN and Dorothy C. Glisan, his wife.**

Supreme Court of Pennsylvania.

Argued Oct. 4, 1974.

Decided Oct. 3, 1975.

Russell I. Jenkins, Uniontown, for appellants.

L. D. McDaniel, John H. McDaniel, Uniontown, for appellees.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on the appellants.

JONES, C. J., did not participate in the consideration or decision of this case.